Elizabeth Hopkins, State Bar No. 324431
 E-mail: ehopkins@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
K. G.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K. G., | CASE NO: 4:21-cv-07032-HSG |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |
| vs. | |
| UNITED HEALTHCARE, | |
| Defendant. | Complaint Filed: September 10, 2021 |

IT IS HEREBY STIPULATED, by and between Plaintiff K. G. and Defendant UNITED HEALTHCARE, by and through their respective counsel of record, that this action shall be dismissed with prejudice.

Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED**.

Dated: February 23, 2022                KANTOR & KANTOR, LLP


                                        By:    *s/ Elizabeth Hopkins*
                                               Elizabeth Hopkins
                                               Attorneys for Plaintiff
                                               K. G.

DATED: February 23, 2022    REED SMITH LLP

By: *s/ Rebecca R. Hanson*
Rebecca R. Hanson (admitted *pro hac vice*)
Mia C. McDonald (admitted *pro hac vice*)
Karen A. Braje
Attorneys for Defendant
United Healthcare, Inc.

*Filer's Attestation: Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, Elizabeth Hopkins hereby attests that concurrence in the filing of this document and its content has been obtained from all signatories listed.*

## ORDER FOR DISMISSAL

## OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

DATED: 2/24/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge